# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

August 15, 2012

The Honorable Sterling Johnson, Jr.
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

U.S.A. v. Christopher Valerio, 12 CR 0005 (SJ)

Your Honor:

My client, Mr. Christopher Valerio, is on release on bond being supervised by the United States Probation Department in the Southern District of Florida, where he has been receiving mental health treatment.  In order to prepare for sentencing, scheduled for Friday, September 21, I would like to review his intake evaluation, monthly treatment reports and case notes.  Supervising U.S. Probation Officer Brian Brownstein told me today that Probation would not release such records without a court order but also that Probation had no objection to releasing such records with a court order.  Accordingly, I move the Court to order Probation to release to defense counsel Mr. Valerio's intake evaluation, monthly treatment reports and case notes.

Thank you for your attention to this matter.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc:     Assistant U.S. Luz Adriana Lopez

U.S. Probation Officer Jeremy S. Neiss
U.S. Probation Department, Eastern District of New York

U.S. Probation Officer Brian Brownstein
U.S. Probation Department, Southern District of Florida
954-967-9125 (FAX)

Clerk of the Court

Mr. Christopher Valerio